**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

| | |
|---|---|
| IN RE: : | |
| BRIAN M MALIK : | BK. No. 19-13274-amc |
| Debtor : | |
| : | Chapter No. 13 |
| LAKEVIEW LOAN SERVICING, LLC : | |
| Movant : | |
| v. : | |
| BRIAN M MALIK : | |
| Respondent : | 11 U.S.C. §362 |

**CERTIFICATE OF SERVICE**

I hereby certify that service upon all interested parties, indicated below was made by sending true and correct copies of the Motion of **LAKEVIEW LOAN SERVICING, LLC** for Relief from the Automatic Stay and Notice of Hearing by electronic means on October 7, 2019.

WILLIAM C. MILLER, ESQ.
CHAPTER 13 TRUSTEE
P.O. BOX 1229
PHILADELPHIA, PA 19105

BRAD J. SADEK
SADEK AND COOPER
1315 WALNUT STREET
SUITE 502
PHILADELPHIA, PA 19107

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
200 CHESTNUT STREET
SUITE 502
PHILADELPHIA, PA 19106

BRIAN M MALIK
61 WOODSTREAM DRIVE
CHESTERBROOK, PA 19087

BRIAN M MALIK
308 HEULINGS AVENUE
RIVERSIDE, NJ 08075

October 7, 2019

/s/ Jerome Blank, Esquire
Jerome Blank, Esq., Id. No.49736
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103
Phone Number: 215-563-7000 Ext 31625
Fax Number: 215-568-7616
Email: jerome.blank@phelanhallinan.com