IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | | |
|---|---|---|
| IN RE: | : | |
| **BRIAN M MALIK** | : | BK. No. 19-13274-amc |
| Debtor | : | |
| | : | Chapter No. 13 |
| **LAKEVIEW LOAN SERVICING, LLC** | : | |
| Movant | : | |
| v. | : | |
| **BRIAN M MALIK** | : | |
| Respondent | : | 11 U.S.C. §362 |

## ORDER MODIFYING §362 AUTOMATIC STAY

    **AND NOW**, this 20th day of November, 2019, at **PHILADELPHIA**, upon Motion of **LAKEVIEW LOAN SERVICING, LLC** (Movant), it is:

    **ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

    **ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 308 HEULINGS AVENUE, RIVERSIDE, NJ 08075(hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

    **ORDERED** that Rule 4001(a)(3) is not applicable and **LAKEVIEW LOAN SERVICING, LLC** may immediately enforce and implement this Order granting Relief from the Automatic Stay ; and it is further;

    **ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

_____
ASHELY M. CHAN, BANKRUPTCY JUDGE

WILLIAM C. MILLER, ESQ.
CHAPTER 13 TRUSTEE
P.O. BOX 1229
PHILADELPHIA, PA 19105

BRAD J. SADEK
SADEK AND COOPER
1315 WALNUT STREET
SUITE 502
PHILADELPHIA, PA 19107

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
200 CHESTNUT STREET
SUITE 502
PHILADELPHIA, PA 19106

BRIAN M MALIK
61 WOODSTREAM DRIVE
CHESTERBROOK, PA 19087

BRIAN M MALIK
308 HEULINGS AVENUE
RIVERSIDE, NJ 08075